# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jack, Janis G. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

1133 N. Shoreline Blvd.
Room 321
Corpus Christi, TX 78401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | Jan. 28 - Feb. 1, 2014 | San Francisco, CA | Speak at conference | Reimbursement for transportation, lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mazda Capital Services (See Section VIII) | Auto loan co-signed by spouse for non-dependant daughter | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FROST NATL. BANK | A | Interest | J | T | | | | | |
| 2. CARDIOLOGY ASSOCIATES PROFIT SHARING PLAN: | | | | | | | | | |
| 3. INVESCO STIC PRIME INSTITUTIONAL fka AIM STIC Prime | A | Dividend | L | T | Distributed (part) | 06/10/14 | N | | |
| 4. PIMCO TOTAL RETURN FUND - A | A | Dividend | | | Sold | 01/30/14 | M | | |
| 5. US SVGS BDS SER I | A | Interest | K | T | | | | | |
| 6. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 7. MAINSTAY LARGE CAP GROWTH FD I | A | Dividend | M | T | | | | | |
| 8. THORNBURG INTL VALUE FUND CLASS I* | A | Dividend | | | Sold | 06/10/14 | L | | |
| 9. VANGUARD SHORTTERM INV GRADE INSTL | D | Dividend | N | T | | | | | |
| 10. Templeton Global Bond Fund* | D | Dividend | M | T | | | | | |
| 11. Mainstay Convertible Fund I* | B | Dividend | | | Sold | 10/27/14 | M | | |
| 12. CAMBIAR SMALL CAP FUND INSTL | A | Dividend | | | Sold | 10/27/14 | L | | |
| 13. COHEN & STEERS INSTL REALTY FD | B | Dividend | K | T | | | | | |
| 14. MFS VALUE FUND I | B | Dividend | M | T | | | | | |
| 15. HARTFORD FLOATING RATE FUND CL I | C | Dividend | N | T | | | | | |
| 16. IVY HIGH INCOME FUND CLASS I | C | Dividend | | | Sold | 07/11/14 | L | | |
| 17. VANGUARD SMALL-CAP GROWTH INDEX ADM* | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JOHN HANCOCK FDS III-DDDDDISCPLNED VAL | A | Dividend | K | T | | | | | |
| 19. CAUSEWAY INTL VALUE-INSTL* | B | Dividend | K | T | Buy | 06/10/14 | K | | |
| 20. DODGE & COX INTL STOCK FD* | C | Dividend | L | T | Buy | 01/23/14 | L | | |
| 21. FROST GROWTH EQUITY FUND CL A* | A | Dividend | L | T | Buy | 11/27/14 | L | | |
| 22. GABELLI SMALL CAP GROWTH-I* | A | Dividend | K | T | Buy | 01/23/14 | K | | |
| 23. T ROWE PRICE MID-CAP GROWTH FUND* | A | Dividend | L | T | Buy | 10/27/14 | L | | |
| 24. VANGUARD 500 INDEX FUND - ADMIRAL | C | Dividend | M | T | Buy | 10/27/14 | M | | |
| 25. VICTORY SMALL CO OPP FUND* | A | Dividend | K | T | Buy | 10/27/14 | K | | |
| 26. FIDELITY CONSERVATIVE INC BD INSTL* | B | Dividend | M | T | Buy | 03/17/14 | M | | |
| 27. FROST TOTAL RETURN BOND FD CL A* | C | Dividend | M | T | Buy | 10/27/14 | M | | |
| 28. HARTFORD WORLD BOND FD INSTL* | C | Dividend | L | T | Buy | 10/27/14 | L | | |
| 29. METROPOLITAN WEST T/R BOND-I* | F | Dividend | O | T | Buy | 01/23/14 | O | | |
| 30. CASH VALUE OF LIFE INSURANCE: | | | | | | | | | |
| 31. MUTUAL OF NEW YORK | A | Interest | K | T | | | | | |
| 32. MASSACHUSETTS MUTUAL | A | Dividend | J | T | | | | | |
| 33. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 34. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. AMERICAN BANK | A | Interest | J | T | | | | | |
| 36. AMERICAN BANK | A | Interest | J | T | | | | | |
| 37. VCSP/COLLEGE AMERICA - GROWTH FUND OF AMERICA | D | Dividend | K | T | | | | | |
| 38. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | C | Dividend | K | T | | | | | |
| 39. SMALLCAP WORLD FUND-529A | A | Dividend | J | T | | | | | |
| 40. VCSP/COLLEGE AMERICA GROWTH FUND OF AMERICA | C | Dividend | K | T | Buy<br>(add'l) | 08/07/14 | J | | |
| 41. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | B | Dividend | K | T | Buy<br>(add'l) | 08/07/14 | J | | |
| 42. SMALLCAP WORLD FUND-529A | A | Dividend | J | T | | | | | |
| 43. EDUCATION TRUST #1 - REAL ESTATE | E | Distribution | M | T | | | | | |
| 44. EDUCATION TRUST #2 - REAL ESTATE | E | Distribution | M | T | | | | | |
| 45. FAMILY REALTY LLC - REAL ESTATE | E | Rent | P1 | U | Distributed<br>(part) | 05/17/14 | L | | |
| 46. 2008 LIFETIME TRUST - REAL ESTATE | E | Distribution | L | T | | | | | |
| 47. FROST BANK | A | Interest | J | T | | | | | |
| 48. FROST BANK | A | Interest | J | T | | | | | |
| 49. FROST BANK | A | Interest | J | T | | | | | |
| 50. NAVY ARMY COMMUNITY CR UN | A | Interest | | | Closed | 06/16/14 | J | | |
| 51. NAVY ARMY COMMUNITY CR UN | A | Interest | | | Closed | 03/20/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NAVY ARMY COMMUNITY CR UN | A | Dividend | | | Closed | 06/16/14 | J | | |
| 53. FROST BANK | A | Interest | K | T | | | | | |
| 54. THE BANK OF MAINE | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Liability reported in VI was actually incurred May, 2013 and inadvertently omitted from 2013 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis G. Jack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544